IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| E-DEALER DIRECT, LLC and 4ALL INSURANCE AGENCY, LLC, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br> v.<br><br>Bank of America Corporation,<br><br>   Defendant. | CIVIL ACTION No. 3:20-cv-00139 |

### DEFENDANT BANK OF AMERICA CORPORATION
### CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Defendant Bank of America Corporation files this Certificate of Interested Parties and states as follows: Bank of America Corporation (NYSE: BAC) is a publicly held company. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock. Defendant is not aware of any persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case.

2

Respectfully submitted,

BANK OF AMERICA CORPORATION

Dated: May 19, 2020

 /s/ Catherine Than
Alejandro Acosta, Jr.
Texas Bar No. 00835600
Catherine Than
Texas Bar No. 24034704
BICKERSTAFF HEATH DELGADO
    ACOSTA LLP
121 Paragon Lane
Building B-1
El Paso, Texas 79912
Tel. 915-533-1810
Fax 915-533-1841
aacosta@bickerstaff.com
cthan@bickerstaff.com

Enu Mainigi (*pro hac vice* forthcoming)
Kenneth C. Smurzynski (*pro hac vice*
    forthcoming)
Craig D. Singer (*pro hac vice* forthcoming)
Jesse T. Smallwood (*pro hac vice*
    forthcoming)
Beth A. Stewart (*pro hac vice* forthcoming)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
Tel. 202-434-5000
Fax 202-434-5029
emainigi@wc.com
ksmurzynski@wc.com
csinger@wc.com
jsmallwood@wc.com
bstewart@wc.com

*Counsel for Bank of America Corp.*

2

Certificate of Interested Parties

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of May 2020, true and correct copies of Bank of America Corporation's Notice of Removal and the exhibits thereto, were served upon all counsel of record, as indicated below, *via* e-mail, CM/ECF system, facsimile, and/or certified mail (return receipt requested):

| | |
|---|---|
| Alfonso Kennard, Jr.<br>Kennard Law P.C.<br>2603 Augusta Drive, Suite 1450<br>Houston, Texas 77057<br>Tel. 713-742-0900<br>Fax 713-742-0951<br>alfonso.kennard@kennardlaw.com | Kevin T. Kennedy<br>Kennard Law P.C.<br>2603 Augusta Drive, Suite 1450<br>Houston, Texas 77057<br>Tel. 713-742-0900<br>Fax 713-742-0951<br>kevin.kennedy@kennardlaw.com |

  /s/ Catherine Than
Catherine Than

Certificate of Interested Parties